WILLIAM J. SMITH, Respondent, *v.* WILLIAM LOWETH, Appellant.

Argued April 3, 1939; decided April 18, 1939.

694

*Emanuel J. Freiberg, Mortimer E. Greif* and *William W. Conrad* for appellant.

*Leverett J. Luce* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.